UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x

IGOR VEDERNIKOV, individually and on behalf of all others similarly situated;

         Plaintiff,

  -v.-

RGS FINANCIAL, INC.,

JOHN DOES 1-25

         Defendant(s).

------------------------------------------------------------------------x

Case No. 3:18-cv-17353

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 14, 2020

| **For Plaintiff Igor Vedernikov** | **For Defendant RGS Financial Inc.** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>ysaks@steinsakslegal.com | */s/ Sean Michael O'Brien*<br>Sean Michael O'Brien<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo, NY 14202<br>sobrien@lippes.com |

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> _/s/ Yaakov Saks_
> Yaakov Saks
> *Attorneys for Plaintiff*

"SO ORDERED."

Date: 7/14/2020        Brian R. Martinotti, U.S.D.J.