| | |
|---|---|
| Robert Hernandez, *Pro Se*<br>P.O. Box 960445<br>Boston MA 02109-9997<br>617-416-4885<br>rlhern@gmail.com | **PATRICK J. MADDEN, ESQUIRE – ID 019781996**<br>MADDEN & MADDEN, P.A.<br>108 KINGS HIGHWAY EAST - SUITE 200<br>POST OFFICE BOX 210<br>HADDONFIELD, NEW JERSEY 08033<br>TEL: (856) 428-9520<br>Attorney for Defendant, Township of Berkeley and Jonathan Sperber |

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT HERNANDEZ,<br>           Plaintiff<br>v.<br>THE TOWNSHIP OF BERKELEY, NJ;<br>   *Et al*,<br>           Defendants | CIVIL ACTION NO.<br>3:19-CV-16336-BRM-TJB<br><br>**PARTIES' STATUS REPORT** |

Now come the Plaintiff, *pro se,* and Defendants, through counsel, and, in accordance with the Court's order of May 11, 2020, reports on the case status as follows: Defendants have served discovery upon Plaintiff, who, largely as a result of circumstances related to the current public health crisis, has not responded. Moreover, Plaintiff has not been able to complete and serve discovery requests upon Defendants. Plaintiff requests that the parties negotiate a new discovery schedule wherein Plaintiff completes his response to defendants' requests and serve his requests, and report back to the Court on the case status on August 31, 2020.

                              Respectfully submitted,

*s/ Robert Hernandez*                              *s/ Patrick J. Madden*
_____                              _____

Robert Hernandez, Pro Se                        Patrick J. Madden, Esquire
P.O. Box 960445                                       Madden & Madden, P.A.
Boston, MA 02109-9997                          108 Kings Highway East, Suite 200
DATED: 6/30/2020                                   Haddonfield, NJ 08033
                                                                Attorney for Defendants Township of
                                                                Berkeley and Jonathan Sperber
                                                                DATED: 6/30/2020

                                                                SO ORDERED:
                                                                *s/ Tonianne J. Bongiovanni*
                                                                Hon. Tonianne J. Bongiovanni
                                                                Dated: July 14, 2020